Argued April 21, affirmed April 21, petition for rehearing
denied May 16, 1972

STATE OF OREGON, *Respondent, v.* JAMES RAY
SHELL (No. 20212), *Appellant.*

495 P2d 765

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John L. Snyder,* District Attorney, Dallas, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.